IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NOEL GARCIA,
    Plaintiff
    v.
JOHN E. WETZEL, SECRETARY OF
THE DEPARTMENT OF CORRECTIONS,
et al.,
    Defendants

Case No. 3:12-cv-68-KRG-KAP

## Report and Recommendation

Plaintiff Garcia filed a complaint that I screened under 28 U.S.C.§ 1915A, and I ordered service on one of the defendants once plaintiff provided instructions for service, in April. The Clerk sent plaintiff a reminder in August. Nothing has been received from the plaintiff. If plaintiff does not send a copy of his complaint and directions for service on defendant Wetzel forthwith, the complaint should be dismissed for failure to prosecute.

Pursuant to 28 U.S.C.§ 636(b)(1), the parties are given notice that they have fourteen days to serve and file written objections to this Report and Recommendation.

DATE: September 11, 2012

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

    Noel Garcia HQ-9129
    S.C.I. Albion
    10745 Route 18
    Albion, PA 16475-0001