IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NOEL GARCIA,
    Plaintiff
    v.
JOHN E. WETZEL, SECRETARY OF
THE DEPARTMENT OF CORRECTIONS,
et al.,
    Defendants

:Case No. 3:12-cv-68-KRG-KAP

<u>MEMORANDUM ORDER</u>

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1)-(3), and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on April 12, 2012, docket no. 2, recommending that the complaint be dismissed as to all defendants except defendant Wetzel. On January 11, 2013, the Magistrate Judge filed a Report and Recommendation, docket no. 24, recommending that defendant Wetzel's motion to dismiss, docket no. 18, be granted.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No objections were filed to the former Report and Recommendation. Plaintiff filed timely objections to the latter Report and Recommendation, docket no. 25, but they are meritless.

After <u>de novo</u> review of the record, the Reports and Recommendations, and the objections thereto, the following order is entered:

AND NOW, this 20th day of February, 2013, it is

ORDERED that defendant's motion to dismiss, docket no. 18, is granted. Plaintiff's complaint is dismissed without leave to amend. The Reports and Recommendations are adopted as the opinions of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Noel Garcia HQ-9129
S.C.I. Albion
10745 Route 18
Albion, PA 16475-0001